MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANN MARIE E. URSINI (CABN 269131)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5037
   Facsimile: (408) 535-5066
   annmarie.ursini@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.    CR 04-20041-JW |
| ) | |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING TO |
| v. ) | February 1, 2012 |
| ) | |
| MYRA MINKS, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

      The parties, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the supervised release revocation hearing currently set for Wednesday, January 25 at 10:00am be vacated, and that the hearing be re-set for February 1, 2012 at 10:00am. The parties are jointly requesting the continuance. Probation amended the Petition for Revocation subsequent to setting of the January 25 date. The parties seek additional time to review new discovery and engage in discussions regarding a potential disposition.

//

//

//

1

| | | |
|---|---|---|
| 1 | DATED: January 24, 2012 | MELINDA HAAG<br>United States Attorney |
| 2 | | |
| 3 | | ___/s/_____<br>ANN MARIE E. URSINI |
| 4 | | Special Assistant United States Attorney |
| 5 | | |
| 6 | | ___/s/_____<br>ERIK BABCOCK |
| 7 | | Attorney for Defendant |

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for January 25, 2012 at 10:00am is vacated, and the matter is continued to February 1, 2012 at 10:00am.

IT IS SO ORDERED.

DATED: 1/24/12

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE